UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Lamont Hall
                        Plaintiff,

v.                                         Case No.: 1:14−cv−06308
                                                  Honorable Matthew F. Kennelly

Stateville Corrections, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 11, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Docket entry [202] is amended to reflect that the jury trial is continued to 4/13/2018 at 09:00 AM. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.