# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Lamont Hall**,

Plaintiff(s),

v.

**Funk, et al.**,

Defendant(s).

Case No. 14 C 6308
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendant Arthur Funk and against plaintiff Lamont Hall on Count 1 of the amended complaint; in favor of defendants Arthur Funk and Wexford Health Sources, Inc. and against plaintiff on Count 5 of the amended complaint; and in favor of plaintiff Lamont Hall and against defendant Wexford Health Sources, Inc. on count 3 of the amended complaint, awarding plaintiff Lamont Hall compensatory damages of $125,000 and punitive damages of $300,000 against defendant Wexford Health Sources, Inc. Counts 2 and 4 of the amended complaint are voluntarily dismissed with prejudice.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date: 4/16/2018                     Thomas G. Bruton, Clerk of Court

                                    Pamela J. Geringer, Deputy Clerk