UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMONT HALL, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 14 CV 6308 |
| | ) |
| ARTHUR FUNK, M.D., and | ) Hon. Matthew F. Kennelly |
| WEXFORD HEALTH SOURCES, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Wexford Health Sources, Inc., appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Memorandum Opinion and Order of March 18, 2019 (Dkt. No. 234), the judgment entered by this Court on April 16, 2018 (Dkt. No. 211), all relevant underlying decisions, and all interlocutory orders.

                                                                           Respectfully submitted,
                                                                          CUNNINGHAM, MEYER & VEDRINE, P.C.

                                                                          By: /s/ Chad M. Skarpiak

Michael R. Slovis
Chad M. Skarpiak
CUNNINGHAM, MEYER & VEDRINE, P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois 60601
Tel: (312) 578-0049
mslovis@cmvlaw.com
cskarpiak@cmvlaw.com

## Certificate of Service

The undersigned attorney hereby certifies that on April 15, 2019, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Chad M. Skarpiak