UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAMONT HALL,                    )
                                )
                Plaintiff,      )
        vs.                     )        No. 14 CV 6308
                                )
ARTHUR FUNK, M.D., and          )        Hon. Matthew F. Kennelly
WEXFORD HEALTH SOURCES, INC.,   )
                                )
                Defendants.     )

### CIRCUIT RULE 3(C) DOCKETING STATEMENT

Defendant-Appellant, Wexford Health Sources, Inc. ("Wexford"), submits the following Docketing Statement pursuant to Seventh Circuit Rule 3(c):

## I.    District Court Jurisdiction

As Plaintiff's claims arose under 42 U.S.C. § 1983, the District Court had subject matter jurisdiction pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over related Illinois common law claims pursuant to 28 U.S.C. § 1367.

## II.    Appellate Court Jurisdiction

On April 16, 2018, judgment was entered against Wexford with respect to Count 3 of Plaintiff's Amended Complaint pursuant to jury verdict. (Dkt. 211). Judgment also was entered in favor of Wexford on Count 5 and in favor of Defendant, Dr. Funk on Count 1 and 5; Counts 2 and 4 were voluntarily dismissed by Plaintiff. *Id.*

On May 14, 2018, Defendant Wexford timely submitted its motion for judgment as a matter of law under Fed. R. Civ. P. 50(b), or in alternative for a new

trial under Fed. R. Civ. P. 59. (Dkt. 220). The District Court denied Wexford's motion on March 18, 2019. (Dkt. 234). Wexford timely filed its notice of appeal on April 15, 2019. (Dkt. 235); Fed. R. App. P. 4(a)(4)(A) & 4(a)(1). Accordingly, the U.S. Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. §§ 1291 and 1294(1).

### III.    Prior or Related Appellate Proceedings.

There have been no prior or related appellate proceedings in relation to this case.

### IV.    Counsel of Record

Wexford designates as Counsel of Record on Appeal:

> Michael R. Slovis
> CUNNINGHAM, MEYER & VEDRINE, P.C.
> 1 East Wacker Drive, Suite 2200
> Chicago, Illinois 60601
> Tel: (312) 578-0049
> mslovis@cmvlaw.com

### V.    Additional Requirements of Circuit Rule 3(c)(1)

This is a civil case that does not involve a collateral attack on a criminal conviction, and Wexford does not fall under the auspices of 28 U.S.C. § 1915. While Plaintiff asserted claims against Dr. Funk in his individual and official capacities in Count 1, Dr. Funk was awarded judgment on all counts. (Dkt. 211). Accordingly, no party now appears in an official capacity.

Respectfully submitted,

By: /s/ Chad M. Skarpiak
Michael R. Slovis
Chad M. Skarpiak
CUNNINGHAM, MEYER & VEDRINE, P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois 60601
Tel: (312) 578-0049
mslovis@cmvlaw.com
cskarpiak@cmvlaw.com

## Certificate of Service

The undersigned attorney hereby certifies that on April 15, 2019, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Chad M. Skarpiak