*United States District Court for the Northern District of Illinois*

Case Number: **14cv6308**        Assigned/Issued By: **RC**

Judge Name: **Kennelly**        Designated Magistrate Judge: **COX**

---

### FEE INFORMATION

**Amount Due:**   ☐ $400.00   ☐ $46.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $505.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

(Victim, Against and $ Amount)

**1** Original and **1** copies on **05/23/19** as to _____
(Date)

Wexford Health Sources, Inc.

**Notice Filed**

---