IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAMONT HALL,

    Plaintiff,

v.

ARTHUR FUNK, M.D. and
WEXFORD HEALTH SOURCES, INC.,

    Defendants.

Case No. 14-cv-6308

Hon. Matthew F. Kennelly

**FILED**
MAY 23 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CITATION NOTICE

**Date of Hearing:** Thursday, June 27, 2019 at 9:30 a.m.

**Location of Hearing:** Courtroom 2103 at 219 South Dearborn Street, Chicago, Illinois 60604

**Judgment Debtor's last known address:**

Name: Wexford Health Sources, Inc., c/o Daniel L. Conn as President/CEO

Address: Prentice Hall Corporation, 801 Adlai Stevenson Drive

City/State/Zip: Springfield, IL 62703

Telephone: _____

A judgment in favor of __Lamont Hall__ and against __Wexford Health Sources, Inc.__

was entered on __April 16, 2018__

in the amount of $425,000.00 and $425,000.00 remains unsatisfied.

**Name and address of Attorney for Judgment Creditor:**

Atty. No.: 6317028

Name: Peter D. McLaughlin

Atty. for: Lamont Hall

Address: Sidley Austin LLP, 1 South Dearborn

City/State/Zip: Chicago, IL 60603

Telephone: (312) 853-3772

Name of person to receive Citation: Daniel L. Conn c/o Prentice Hall Corporation

**NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated on the citation, the court may compel the application of any discovered income or assets toward payment on the judgment.**

**The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:**

(1) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account;

  (a) Social Security and SSI benefits;

  (b) public assistance benefits;

  (c) unemployment compensation benefits;

  (d) worker's compensation benefits;

  (e) veteran's benefits;

  (f) circuit breaker property tax relief benefits;

  (g) the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;

  (h) the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal

        minimum hourly wage.

(5)    Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.

**The judgment debtor may have other possible exemptions under the law.**

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of Court at 219 South Dearborn Street, Chicago, IL 60604.**

**When so notified, the Clerk of Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.**

**<u>This notice may be sent to the judgment debtor by regular first class mail.</u>**

**CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/109), the undersigned certifies that s/he mailed by regular first-class mail a copy of the citation notice and this citation to defendant at the address shown below upon filing of the citation or within three business days of service if served upon Third Party Respondent.

Signature: /s/ Peter D. McLaughlin     Name: Peter D. McLaughlin

---

**Preparing Atty's No.:** 6317028

**Preparing Atty's Name:** Peter D. McLaughlin

**Atty. for:** Lamont Hall

**Address:** Sidley Austin LLP, 1 South Dearborn

**City/State/Zip:** Chicago, IL 60603

**Telephone:** (312) 853-3772

/s/ Peter D. McLaughlin

Preparer's Signature