U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Lamont Hall v. Arthur Funk, M.D. et al.   Case Number: 1:14-CV-06308

An appearance is hereby filed by the undersigned as attorney for:
Lamont Hall, Plaintiff

Attorney name (type or print): Gerard D. Kelly

Firm: Sidley Austin LLP

Street address: 1 South Dearborn Street

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6193482
(See item 3 in instructions)

Telephone Number: 312-853-2068

Email Address:

Are you acting as lead counsel in this case?  ✔ Yes  ☐ No
Are you acting as local counsel in this case?  ☐ Yes  ✔ No
Are you a member of the court's trial bar?  ✔ Yes  ☐ No
If this case reaches trial, will you act as the trial attorney?  ✔ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:   S/ Gerard D. Kelly
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015