UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAMONT HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 14 CV 6308 |
| | ) | |
| | ) | Hon. Matthew F. Kennelly |
| WEXFORD HEALTH SOURCES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Counsel of Record

**PLEASE TAKE NOTICE** that on **March 3, 2020** at **9:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the **Honorable Matthew F. Kennelly,** or any judge sitting in his stead in U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present **Defendant's Agreed Motion to Vacate Judgment and Discharge Supersedeas Bond.**

Respectfully submitted,

  /s/ Chad M. Skarpiak
Chad M. Skarpiak
CUNNINGHAM, MEYER & VEDRINE, P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois  60601
Tel:  (312) 578-0049
E-Mail: cskarpiak@cmvlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 26, 2020, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Chad M. Skarpiak